

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,807-01

### EX PARTE JUSTIN VALDEZ, Applicant

### ON APPLICATION FOR AN ORIGINAL WRIT OF HABEAS CORPUS
### CAUSE NO. 41070 IN THE COUNTY COURT OF LAW OF CALDWELL COUNTY

*Per curiam*.

### O R D E R

Pursuant to this Court's original jurisdiction to issue writs of habeas corpus, Applicant presents a motion for leave to file an original application for a writ of habeas corpus. Tex. Const. art. V, § 5(c); Tex. Code Crim. Proc. art. 4.04 § 1. Applicant alleges he pleaded *nolo contendere*, was convicted of assault, and sentenced to community supervision. The Third Court of Appeals affirmed his conviction. *Valdez v. State*, No. 03-12-00098-CR (Tex. App.—Austin Aug. 29, 2014) (not designated for publication).

Applicant contends that counsel was ineffective for not pursuing discretionary review in a timely fashion and that he has no other adequate remedy at law to pursue an out-of-time petition for discretionary review. He contends that the State is not opposed to habeas relief on this claim.

Before this Court considers whether exercising jurisdiction in this case is appropriate, the State is invited to respond to Applicant's writ claims.

Applicant's motion for leave to file an application for a writ of habeas corpus shall be held in abeyance for 30 days from the date of this order. The State may submit any response during that time.

Filed:  March 25, 2015
Do not publish